MARY CAMPBELL, as Administratrix, etc., Respondent, *v.* The LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued December 2, 1892; decided December 20, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made August 1, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Daniel H. McMillan* for appellant.

*George W. Cothran* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.